IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATIONAL CITY COMMERCIAL
CAPITAL COMPANY, LLC, as successor-
by-merger to NATIONAL CITY           ORDER
COMMERCIAL CAPITAL CORPORATION,
                                     3:07-cv-0351-slc
        Plaintiff,

      v.

UNIQUE MANUFACTURING, INC. and
KEN JAGLINSKI, individually,

        Defendants.

---

On December 20, 2007, this court held a telephonic status conference. Plaintiff was represented by Vincent Borst and Jennifer E. Gaylord. Defendant was represented by Russell C. Brannen, Jr.

Attorney Borst indicated that he has not yet received the court-ordered discovery. Attorney Brannen responded that this was true and that he did not oppose default judgment against his client. Apparently defendant is attempting to sell the business; if the sale goes through, the buyer may be interested in the lease holds that are the subject of the instant lawsuit. Plaintiff will submit draft documents to the court for signature. The parties had no other matters to bring to the court's attention.

Entered this 20th day of December, 2007.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge